**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00257-CV**
_____

**AVONDA GRANT AND RAYMOND GRANT, Appellants**

**V.**

**DEATRA HAYNES, Appellee**

**On Appeal from the 1st District Court**
**Jasper County, Texas**
**Trial Cause No. 38437**

**MEMORANDUM OPINION**

Appellants Avonda Grant and Raymond Grant filed a notice of appeal from

a judgment signed on October 7, 2020. On January 12, 2021, we notified the parties

that the clerk's record had not been filed due to appellants' failure to pay, or to

arrange to pay, the District Clerk's fee for preparing the clerk's record. The notice

also warned Appellants that their appeal would be dismissed for want of prosecution

unless they either paid the filing fee or established that they paid the fee or needed

additional time to do so. By separate letter on January 12, 2021, we notified the

parties that the appeal would be dismissed for want of prosecution unless Appellants remitted the filing fee for the appeal. None of the parties filed a response. Accordingly, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b); *see also* Tex. R. App. P. 42.3(b), (c).

APPEAL DISMISSED.


PER CURIAM

Submitted on March 10, 2021
Opinion Delivered March 11, 2021

Before Kreger, Horton, and Johnson, JJ.